1   DIANA G. DICKINSON, ESQ., Bar No.13477
    LITTLER MENDELSON, P.C.
2   3960 Howard Hughes Parkway
    Suite 300
3   Las Vegas, NV  89169-5937
    Telephone:    702.862.8800
4   Fax No.:      702.862.8811
    Email:        ddickinson@littler.com
5
    Attorney for Defendant
6   BACKGROUNCHECKS.COM, LLC

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11  HUGO BARRAGAN,                          Case No. 2:20-cv-00795-KJD-VCF

12              Plaintiff,

13  vs.                                     **STIPULATION TO EXTEND TIME FOR
                                            DEFENDANT
14  EARLY WARNING SERVICES, LLC;            BACKGROUNDCHECKS.COM, LLC TO
    THE RETAIL EQUATION; and                FILE RESPONSIVE PLEADING**
15  BACKGROUNDCHECKS.COM,
                                            **[FIRST REQUEST]**
16              Defendants.

17

18
        Plaintiff HUGO BARRAGAN ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM,
19
    LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend
20
    the time for Defendant to file a responsive pleading from the current deadline of May 26, 2020, up to
21
    and including **June 25, 2020**.
22
        Such extension is necessary in light of the fact that Defendant's counsel was recently retained.
23
    The additional time will allow defense counsel to continue to investigate the allegations in the
24
    Complaint and prepare a sufficient responsive pleading.
25

26
    / / /
27

28

LITTLER MENDELSON, P.C.
      Attorneys At Law
 3960 Howard Hughes Parkway
        Suite 300
 Las Vegas, NV  89169-5937
       702.862.8800

1    This is the first request for an extension of time to respond to the Complaint. This request is

2  made in good faith and not for the purpose of delay.

3

4  Dated:  May 18, 2020                      Dated: May 18, 2020

5

6  */s/ Matthew I. Knepper*                   */s/ Diana G. Dickinson*
   DAVID KRIEGER, ESQ.                        DIANA G. DICKINSON, ESQ.
7  KRIEGER LAW GROUP, LLC                     LITTLER MENDELSON, P.C.

8  MATTHEW I. KNEPPER, ESQ.                   Attorney for Defendant
   MILES N. CLARK, ESQ.                       BACKGROUNCHECKS.COM, LLC
   KNEPPER & CLARK LLC
9

10 Attorneys for Plaintiff
   HUGO BARRAGAN

11

12                                            **IT IS SO ORDERED.**

13                                            Dated:  May 19, 2020.

14

15

16  _____
                                             UNITED STATES MAGISTRATE JUDGE

17 4828-0309-4460.1 107811.1000

18

19

20

21

22

23

24

25

26

27

28
                                      2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800