Laura R. Jacobsen, Esq. (NSBN 13699)
Jason B. Sifers, Esq. (NSBN 14273)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ljacobsen@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

*Attorneys for Defendant*
*Early Warning Services, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HUGO BARRAGAN,<br><br>  Plaintiff,<br><br>vs.<br><br>EARLY WARNING SERVICES, LLC; THE RETAIL EQUATION; and BACKGROUNDCHECKS.COM,<br><br>  Defendants. | Case No. 2:20-CV-00795-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EARLY WARNING SERVICES, LLC TO RESPOND TO COMPLAINT**<br>**(First Request)** |

Defendant Early Warning Services, LLC ("EWS") and Plaintiff Hugo Barragan ("Plaintiff"), by counsel, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time for Defendant Early Warning Services, LLC to Respond to Complaint, up to an including June 25, 2020. In support of the Stipulation, the parties state the following:

1. EWS was served with the Complaint through its registered agent on or around May 5, 2020 making its responsive pleading due on or around May 26, 2020.

2. The undersigned counsel for EWS was recently retained by EWS in connection with this matter and is continuing to review the allegations asserted in the Complaint.

3. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

4. This is the first request to extend the deadline for EWS to file its responsive pleading.

1

5. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

6. Therefore, the parties hereby stipulate that the deadline for EWS to file its responsive pleading shall be extended through June 25, 2020

DATED: May 26, 2020.

| KNEPPER & CLARK LLC | McDONALD CARANO LLP |
|---|---|
| By: */s/ Matthew I. Knepper*<br>Matthew I. Knepper, Esq. (NSBN 12796)<br>Miles N. Clark, Esq. (NSBN 13848)<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89418-7700<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com | By: */s/ Laura R. Jacobsen*<br>Laura R. Jacobsen, Esq. (NSBN13699)<br>Jason B. Sifers, Esq. (NSBN 14273)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>ljacobsen@mcdonaldcarano.com<br>jsifers@mcdonaldcarano.com |
| KRIEGER LAW GROUP LLC<br>David H. Krieger, Esq. (NSBN 9086)<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107<br>dkrieger@kriegerlawgroup.com | *Attorneys for Defendant*<br>*Early Warning Services, LLC* |
| *Attorneys for Plaintiff*<br>*Hugo Barragan* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-27-2020