J Christopher Jorgensen
Nevada Bar No. 5382
Matthew Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Attorneys for Defendant The Retail Equation, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HUGO BARRAGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>EARLY WARNING SERVICES, LLC, THE RETAIL EQUATION, and BACKGROUNDCHECKS.COM,<br><br>    Defendants. | Case No.: 2:20-cv-00795-KJD-VCF<br><br>Compl. Filed:  May 4, 2020<br><br>**STIPULATION TO EXTEND DEFENDANT THE RETAIL EQUATION'S TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

This Stipulation to Extend Defendant The Retail Equation's Time to Respond to Complaint is made by and between Plaintiff Hugo Barragan ("Plaintiff") and Defendant The Retail Equation ("TRE") through their respective counsel, in light of the following facts:

RECITALS

A.   Plaintiff filed the Complaint ("Complaint") against TRE on or about May 4, 2020.

B.   TRE was served with the Complaint on or about May 6, 2020.

C.   TRE's current deadline to respond to the Complaint was May 27, 2020,

D.   The parties agreed that TRE would have through June 15, 2020, to respond to the Complaint in order to give TRE time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

111390147.1

1       E.    There is good cause to grant this stipulation because TRE requires additional time to investigate Plaintiff's claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

4       F.    This stipulation is filed in good faith and not intended to cause delay.

5       G.    Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and TRE respectfully request that the Court extend TRE's time to respond to Plaintiff's Complaint through June 15, 2020.

## STIPULATION

NOW, THEREFORE, Plaintiff and TRE hereby stipulate and agree that TRE has up to and including June 15, 2020, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 2nd day of June, 2020.        DATED this 2nd day of June, 2020.

**KRIEGER LAW GROUP, LLC**        **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ Matthew I. Knepper        By: /s/ J Christopher Jorgensen
David H. Krieger, Esq.        J Christopher Jorgensen, Esq.
Nevada Bar No. 9086        Nevada Bar No. 5382
500 N. Rainbow Blvd., Suite 300        3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89107        Las Vegas, NV 89169

Matthew I. Knepper, Esq.        *Attorneys for Defendant*
Nevada Bar No. 12796        *The Retail Equation, Inc.*
Knepper & Clark, LLC
5510 S. Fort Apache Rd., Suite 30
Las Vegas, NV  89148-7700

*Attorneys for Plaintiff*
*Hugo Barragan*

ORDER

**IT IS SO ORDERED**

[signature]

United States Magistrate Judge

DATED 6-2-2020

2

111390147.1