1   DIANA G. DICKINSON, ESQ., Bar No.13477
    LITTLER MENDELSON, P.C.
2   3960 Howard Hughes Parkway
    Suite 300
3   Las Vegas, NV  89169-5937
    Telephone:    702.862.8800
4   Fax No.:       702.862.8811
    Email:        ddickinson@littler.com
5
    Attorney for Defendant
6   BACKGROUNCHECKS.COM, LLC

7

8                  **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10

11  HUGO BARRAGAN,                        Case No. 2:20-cv-00795-KJD-VCF

12                Plaintiff,
                                          **STIPULATION TO EXTEND TIME FOR**
13  vs.                                   **DEFENDANT**
                                          **BACKGROUNDCHECKS.COM, LLC TO**
14  EARLY WARNING SERVICES, LLC;          **FILE RESPONSIVE PLEADING**
    THE RETAIL EQUATION; and
15  BACKGROUNDCHECKS.COM,                 **[SECOND REQUEST]**

16                Defendants.

17

18          Plaintiff HUGO BARRAGAN ("Plaintiff") and Defendant BACKGROUNDCHECKS.COM,

19  LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend

20  the time for Defendant to file a responsive pleading to Plaintiff's Complaint for thirty (30) days from

21  the from the current deadline of June 25, 2020, up to and including **July 27, 2020**.

22          Pursuant to the inherent delays caused by the current COVID-19 pandemic, Defense counsel

23  has been unable to conduct a complete investigation.  The requested extension is necessary for

24  additional time to investigate the allegations in the Complaint and prepare a response to the Complaint.

25

26  / / /

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated:  June 22, 2020

/s/ Matthew I. Knepper
DAVID KRIEGER, ESQ.
KRIEGER LAW GROUP, LLC

MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.
KNEPPER & CLARK LLC

Attorneys for Plaintiff
HUGO BARRAGAN

Dated: June 22, 2020

/s/ Diana G. Dickinson
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
BACKGROUNCHECKS.COM, LLC

**IT IS SO ORDERED.**

Dated:  June 22, 2020.

UNITED STATES MAGISTRATE JUDGE

4845-2132-6528.1 107811.1003

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800