Laura R. Jacobsen, Esq. (NSBN 13699)
Jason B. Sifers, Esq. (NSBN 14273)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ljacobsen@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

*Attorneys for Defendant*
*Early Warning Services, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HUGO BARRAGAN, <br><br> Plaintiff, <br><br> vs. <br><br> EARLY WARNING SERVICES, LLC; THE RETAIL EQUATION; and BACKGROUNDCHECKS.COM, <br><br> Defendants. | Case No. 2:20-CV-00795-KJD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EARLY WARNING SERVICES, LLC TO RESPOND TO COMPLAINT** <br> **(Second Request)** |

Defendant Early Warning Services, LLC ("EWS") and Plaintiff Hugo Barragan ("Plaintiff"), by counsel, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time for Defendant Early Warning Services, LLC to Respond to Complaint, up to an including July 13, 2020.  In support of the Stipulation, the parties state the following:

1.      EWS was served with the Complaint through its registered agent on or around May 5, 2020 making its responsive pleading due on or around May 26, 2020.  This Court previously granted the parties' request to extend EWS's deadline to respond to June 25, 2020.

2.      The undersigned counsel for EWS was retained by EWS in connection with this matter and is continuing to review the allegations asserted in the Complaint.  In addition, the parties have engaged in preliminary settlement discussions to see if an early resolution can be reached.

3.      Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

McDONALD CARANO

100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

4.  This is the second request to extend the deadline for EWS to file its responsive pleading.

5.  This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

6.  Therefore, the parties hereby stipulate that the deadline for EWS to file its responsive pleading shall be extended through July 13, 2020.

DATED: June 25, 2020.

KNEPPER & CLARK LLC                           McDONALD CARANO LLP

By: */s/ Matthew I. Knepper*                   By: */s/ Laura R. Jacobsen*
    Matthew I. Knepper, Esq. (NSBN 12796)        Laura R. Jacobsen, Esq. (NSBN13699)
    Miles N. Clark, Esq. (NSBN 13848)            Jason B. Sifers, Esq. (NSBN 14273)
    5510 S. Fort Apache Rd., Suite 30            2300 West Sahara Avenue, Suite 1200
    Las Vegas, NV 89418-7700                     Las Vegas, Nevada 89102
    matthew.knepper@knepperclark.com             ljacobsen@mcdonaldcarano.com
    miles.clark@knepperclark.com                 jsifers@mcdonaldcarano.com

    KRIEGER LAW GROUP LLC                        *Attorneys for Defendant*
    David H. Krieger, Esq. (NSBN 9086)           *Early Warning Services, LLC*
    500 N. Rainbow Blvd., Suite 300
    Las Vegas, NV 89107
    dkrieger@kriegerlawgroup.com

*Attorneys for Plaintiff*
*Hugo Barragan*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _6-25-2020_____

100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020
McDONALD CARANO